AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| JARON FLAGG | ) | Case No.  5:25-mj-00294(TWD) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of September 17, 2025, in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Sections 841(a)(1) and (b)(1)(C). | Possession with Intent to Distribute a Controlled Substance. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒     Continued on the attached sheet.

_____
Complainant's signature

Andrew Quinn, DEA Task Force Officer
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: _Sept 19, 2025_

_____
Judge's signature

City and State:   Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Andrew Quinn, being first duly sworn, hereby depose and state as follows:

1.      I make this affidavit in support of a criminal complaint charging Jaron FLAGG ("FLAGG") with violating Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), possession with intent to distribute a controlled substance. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts and circumstances that I believe establish probable cause for the complaint.

2.      On September 4, 2025, U.S. Magistrate Judge Thérèse Wiley Dancks signed a warrant authorizing law enforcement to search, among others, the person of Jaron FLAGG ("FLAGG"), and his residence in the City of Syracuse (hereafter, "the Target Residence").

3.      On September 17, 2025, law enforcement agents executed those search warrants. FLAGG, who was on the street near the front of the Target Residence, complied with the direction of police officers and was detained without incident.

4.      Law enforcement then searched the Target Residence and located several items, including the following:

      a.      Five clear plastic baggies, each containing a white powdery substance, with a cumulative approximate weight of 47.6 grams.  Four of those baggies were on a shelf in the basement next to FLAGG's driver's license. Law enforcement performed a field test on portions of the white powdery substance which produced positive results for the presence of cocaine;

      b.      Multiple boxes of clear plastic baggies, which were identical to the clear plastic baggies referenced above and containing cocaine;

c.      Multiple bottles of Inositol, a known drug diluent/cutting agent;

d.      A black fabric bag containing a large amount of loose white powder with a plastic spoon in it. Agents performed a field test on a portion of this powder, which did not produce a positive result for any controlled substance. As a result, I believe that this powder was a diluent material;

e.      Mail in FLAGG's name, including a bill for electricity to the Target Residence.

5.      Based on my training and experience, the packaging and quantities of substances found inside FLAGG's residence are consistent with the distribution of those substances to others, rather than personal use.

6.      Based on the facts set forth above, I respectfully submit that there is probable cause to believe that Jaron FLAGG has violated Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C), possession with intent to distribute a controlled substance.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

_____
Andrew Quinn
Task Force Officer
Drug Enforcement Administration

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on September _19_, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Honorable Thérèse Wiley Dancks
U.S. Magistrate Judge

2